UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20479-CR-MOORE

UNITED STATES OF AMERICA

v.

RAIMUNDO ATESIANO, et al.

                Defendants.
_____/

**UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER
REGULATING DISCLOSURE OF DISCOVERY
AND SENSITIVE INFORMATION CONTAINED THEREIN**

      The United States of America, by and through the undersigned counsel, respectfully requests that this Court enter a protective order regarding the disclosure of discovery and the sensitive information contained within it that is to be provided to the defense in this case. The discovery at issue relates to personal identifying and other sensitive information of victims, witnesses and associates. As grounds for this motion, the United States submits the following:

      1.    Defendants are charged with Conspiracy Against Rights and Deprivation Rights Under Color of Law, in violation of Title 18, United States Code, Sections 241 and 242, respectively.

      2.    Pursuant to the Standing Discovery Order and Rule 16 of the Federal Rules of Criminal Procedure, the United States is obligated to provide discovery to defendants.

      3.    Much of the discovery in this case contains personal identifying information and other sensitive information of individuals other than defendants. This personal information includes

names, dates of birth, social security numbers, addresses, etc. The discovery includes both computer-printed and handwritten documents.

4. Pursuant to the Standing Discovery Order, the United States will provide copies of documents containing the personal identifying and sensitive information referred to above.

5. To maintain the privacy of those persons referenced in documents provided to the defense during the discovery process in this case, the government hereby requests the entry of an order requiring the following:

a. That defendants shall possess all discovery materials containing personal identifying information, such as names, dates of birth, social security numbers or addresses, including originals and copies (hereinafter referred to as "covered materials") only in the presence of defense counsel or an employee, agent or representative of defense counsel, and only as necessary for counsel to prepare the case.

b. Government attorneys and federal law enforcement officers assigned to the case and their respective support staff (hereinafter referred to as "Government personnel"), defense counsel, and any person other than government personnel, defense counsel or defendant (hereinafter referred to as a "third party(ies)") shall not provide covered materials to any person except as specified in such order or by prior approval of the Court.

c. Third parties contracted by the government or the defense to provide expert analysis or testimony may possess the covered materials only as necessary to prepare the case.

d. Government personnel and defense counsel shall ensure that defendants (in the case of defense counsel) and any third party who obtains access to the covered materials are provided a copy of such order and a complete list of all materials covered by this order, and that no third party who obtains access to or possession of the covered materials shall retain such access or

possession unless authorized by order of the Court, nor further disseminate the covered material except as authorized by such order.

   e. Any third party who obtains access to or possession of the covered materials shall promptly destroy or return the materials once the third party no longer requires access to or possession of the materials to assist in the preparation of the case.

   f. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and defense counsel shall destroy or cause to be destroyed all copies of the covered materials, except that government personnel and defense counsel may maintain copies in their closed case files following their ordinary procedures.

6. The undersigned has communicated with counsel for defendants, who do not object to the entry of such a protective order.

Accordingly, the undersigned Assistant United States Attorney requests that this Court enter the attached protective order governing disclosure of personal identifying information.

            Respectfully submitted,

            BENJAMIN G. GREENBERG
            UNITED STATES ATTORNEY

     By: */s/ Harry C. Wallace, Jr.*
        HARRY C. WALLACE, JR.
        Assistant United States Attorney
        Florida Bar No. 0623946
        99 N. E. 4th Street
        Miami, Florida 33132
        Tel: (305) 961-9401

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2018, a true and correct copy of the foregoing was filed using CM/ECF.

/s/ *Harry C. Wallace, Jr.*
HARRY C. WALLACE, JR.
Assistant United States Attorney