UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20479-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA

v.

RAIMUNDO ATESIANO, et al.

                Defendants.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

**IT IS HEREBY ORDERED** that the government's Motion for Protective Order Regulating Disclosure of Discovery Information is **GRANTED**;

**IT IS HEREBY ORDERED** that the government is authorized to disclose the Discovery in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that counsel for defendants and their defense teams shall hold the Discovery produced pursuant to this Order in strict confidence. Therefore, defense counsel and their defense teams shall restrict access to the Discovery, and shall disclose the Discovery to their clients only when their clients are within the presence of a member of the

respective defense team. Defense counsel also may disclose the Discovery to their office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes it is necessary to assist in the defense of their clients in this matter;

**IT IS FURTHER ORDERED** that counsel of record for defendants shall advise any person to whom the Discovery is disclosed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

**IT IS FURTHER ORDERED** that counsel of record for defendants shall obtain a certification from each person to whom the Discovery is disclosed, in which the recipient; (a) acknowledges the restrictions set forth in this Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Discovery and the date on which such information was first disclosed.

**IT IS FURTHER ORDERED** that upon conclusion of the above-captioned case, any copies of the Discovery disclosed pursuant to the terms of this Order shall be returned to defense counsel and shall either be destroyed or returned to the United States.

**DONE AND ORDERED** in chambers at Miami, Florida, this 10th day of July, 2018.

_____
ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Counsel of Record