UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CR-20479-KMM

**UNITED STATES OF AMERICA**

Plaintiff,

**v.**

**RAIMUNDO ATESIANO,**

Defendant.
_____/

**DEFENDANT'S RESPONSE TO ADDENDUM TO THE PRESENTENCE REPORT**

Even under the grouping theory articulated by the Probation Office, Mr. Atesiano should end up at a Combined Adjusted Offense Level of 22, rather than 23 (with a resultant Total Offense Level of 19 as opposed to 20). The defendant could not have possibly been convicted of any of the allegations involving CD as they fell outside of the Statute of Limitations. Therefore, he could not have possibly been convicted on *a separate count of conspiracy for each offense that the defendant conspired to commit.* Although the events surrounding the arrest of CD may be evidence of Atesiano's participation in the overall conspiracy in the manner in which it was charged, the government could never have argued that the arrest of CD (standing alone) could be a basis for the defendant's conviction as the Statute of Limitations for that act had expired.

Therefore, even if the Court were to accept the Probation Office's Grouping Theory, which it should not, the defendant's Total Offense Level should fall at a 19, not 20.

The defendant further reiterates that the Probation Office's reasoning for effectively enhancing the defendant's Offense Level through it's Grouping Analysis is faulty and not in conformity with the defendant's guilty plea.

Respectfully submitted by:

**/s/ Richard Docobo**_____
Richard Docobo

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>26th</u> day of November, 2018, I electronically filed the foregoing document with Clerk of Court using CM/ECF.

**/s/ Richard Docobo**_____

Richard Docobo
Florida Bar Number: 357421

1 Northeast 2nd Ave. Suite 200
Miami, FL 33132
Phone: 305-423-6868
Fax:    305-358-2503
Email: docobo@bellsouth.net